UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SABRA RENCH, individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TD BANK, N.A., A-1 ALLERGY RELIEF, INC., )<br>and HMI INDUSTRIES, INC.,  )<br>)<br>Defendants.  ) | Case No. 3:13-cv-00922-SMY-PMF |

**PLAINTIFF'S UNOPPOSED MOTION FOR
CERTIFICATION OF A SETTLEMENT CLASS
AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Sabra Rench, after conducting arm's-length negotiations with Defendant TD Bank, N.A. ("TD Bank") and reaching a settlement agreement, hereby moves the Court for:

1. An Order preliminarily approving the Settlement Agreement with TD Bank in this case, a copy of which is attached as Exhibit 1 to the memorandum of law filed herewith.

2. An Order certifying the Settlement Class, as defined in the Settlement Agreement.

3. An Order approving the proposed notice and directing notice to be sent to the Settlement Class.

4. An Order scheduling a final Fairness Hearing to determine whether to grant final approval to the settlement.

5. All other relief as set forth in the Proposed Order for Preliminary Approval.

6. For the reasons outlined in the memorandum of law filed herewith, the Settlement Agreement provides for a fair resolution of the disputes between TD Bank and the Settlement Class.

1

7.      TD Bank has advised Plaintiff that it does not oppose this motion or the requested relief sought herein.

WHEREFORE, Plaintiff Sabra Rench respectfully requests that the Court certify the Settlement Class, grant preliminary approval of the settlement between the Settlement Class and TD Bank, N.A., enter the Proposed Order for Preliminary Approval., directing notice to Class Members and scheduling a final Fairness Hearing, and for such further relief as the Court deems just and proper.

Dated: June 20, 2016                                        Respectfully submitted,

                                                            GOLDENBERG HELLER & ANTOGNOLI. P.C.

                                                            By: /s/ Kevin P. Green
                                                            Thomas P. Rosenfeld # 06301406
                                                            Mark C. Goldenberg #00990221
                                                            Kevin P. Green #06299905
                                                            2227 South State Route 157
                                                            Edwardsville, IL 62025
                                                            618-656-5150
                                                            618-656-6230 (fax)
                                                            tom@ghalaw.com
                                                            mark@ghalaw.com
                                                            kevin@ghalaw.com

                                                            *Interim Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was electronically filed with the United States District Court, Southern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on June 20, 2016.

                 /s/ Kevin P. Green