UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SABRA RENCH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TD BANK, N.A., A-1 ALLERGY RELIEF, INC., and HMI INDUSTRIES, INC.,<br><br>    Defendants. | Case No. 3:13-cv-00922-SMY-RJD |

**ORDER APPROVING ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**

This matter came before the Court for hearing on Plaintiff's Application for Attorneys' Fees and Motion for Incentive Awards (Doc. 276).

Pursuant to Fed. R. Civ. P. 52(a), the Court finds and orders as follows:

1. Plaintiff's Application and Motion requests an award of attorneys' fees of $192,500.00, and an incentive award to Plaintiff of $7,500.00, all to be paid by Defendant HMI Industries, Inc. ("HMI") and not to come out of the funds to be received by Class Members.

2. The request for attorneys' fees and costs is fair and reasonable, considering (1) the 1,348.60 hours reasonably expended by Class Counsel on this case against HMI; (2) Class Counsel's reasonable hourly rates; (3) the $22,001.33 in costs and expenses that Class Counsel reasonably incurred in this case against HMI; (4) the substantial relief afforded to the Classes under the Settlement Agreement; (5) the complexity and novelty of the legal issues involved in this case; and (6) the public interest advanced by this litigation.

3. The requested incentive award is fair and reasonable in light of the time and effort that Plaintiff devoted to this case and the risks she undertook in serving as Class Representative.

This award is separate from and in addition to any award to which Plaintiff may be entitled as a Class Member, or which Plaintiff may have received from any other Defendant in this Action.

4. The Application and Motion were posted on the Settlement Website.

5. No objections to the Application and Motion have been filed with the Court and no party to this litigation has opposed the Application and Motion.

Accordingly, the Application and Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. HMI shall pay attorneys' fees and costs of $192,500.00 to Class Counsel.

2. HMI shall pay an incentive award to Plaintiff of $7,500.00.

3. HMI is ordered to make these payments pursuant to the procedures and deadlines set forth in the Settlement Agreement.

4. There is no just reason for delay of enforcement or appeal of this Order.

**IT IS SO ORDERED.**

**DATED: August 28, 2019**

*[signature]*

_____
**STACI M. YANDLE**
**United States District Judge**