IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SABRA RENCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TD BANK, N.A., HMI INDUSTRIES, INC., and A-1 ALLERGY RELIEF, INC.,<br><br>Defendants. | Case No. 13-CV-922-SMY-RJD |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on August 28, 2019 (Doc. [279]), Plaintiff's claims against TD Bank, N.A., HMI Industries, Inc., and A-1 Allergy Relief Inc. are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

DATED: September 13, 2019

MARGARET M. ROBERTIE,
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

Approved:  _/s/ Staci M. Yandle_
**STACI M. YANDLE
DISTRICT JUDGE**