# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SABRA RENCH, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>TD BANK, N.A., A-1 ALLERGY RELIEF, INC., and HMI INDUSTRIES, INC.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:13-cv-00922-SMY-RJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO AMEND COURT'S FINAL APPROVAL ORDER AND JUDGMENT PURSUANT TO FED. R. CIV. P. 60(a)

Plaintiff Sabra Rench and Defendant HMI Industries, Inc., pursuant to Federal Rule of Civil Procedure 60(a), respectfully move the Court to amend its Final Approval Order and Judgment (Doc. 279, the "Judgment") by adding Exhibit A referenced in ¶ 13 of the Judgment. In support, the parties state:

1. On August 28, 2019, the Court entered the Judgment. Doc. 279.

2. Paragraph 13 of the Judgment sets forth the permanent injunctive relief ordered by the Court, which prohibits certain conduct related to promotional scratch cards.

3. Paragraph 13(a) of the Judgment states that examples of scratch cards are "set forth on Exhibit A attached hereto."

4. The Judgment, however, omits Exhibit A.[1]

5. Rule 60(a) provides in relevant part:

> The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order,

---

[1] Exhibit A was included in the proposed final order that was attached to the parties' settlement agreement (Doc. 267-1, pp. 47-54). It was also included in the proposed Final Judgment submitted to the Court's email on August 15, 2019, prior to the Final Approval Hearing.

1

or other part of the record. The court may do so on motion or on its own, with or without notice.

Fed. R. Civ. P. 60(a). *See also Shuffle Tech Int'l, LLC v. Wolff Gaming, Inc.*, 757 F.3d 708, 710 (7th Cir. 2014) ("[A] correction authorized by Rule 60(a) may be made at any time—even years after the original judgment.").

6. To correct this apparent clerical mistake or mistake arising from oversight or omissions, the parties respectfully request that the Judgment be amended to include Exhibit A, a copy of which will be submitted to the Court separately pursuant to local rule.

WHEREFORE, Plaintiff Sabra Rench and Defendant HMI Industries, Inc., respectfully request that the Court amend its Final Approval Order and Judgment, Doc. 279, to include Exhibit A referenced in ¶ 13, and for such further relief as the Court deems just and proper.

Dated: October 24, 2019                                    Respectfully submitted,


| GOLDENBERG HELLER & ANTOGNOLI, P.C. | SHIPMAN & WRIGHT, LLP |
|---|---|
| By:/s/ Kevin P. Green<br>Kevin P. Green #06299905<br>2227 South State Route 157<br>Edwardsville, IL 62025<br>618-656-5150<br>618-656-6230 (fax)<br>kevin@ghalaw.com | By: /s/ Kyle J. Nutt (with consent)<br>KYLE J. NUTT<br>N.C. State Bar No.: 43469<br>knutt@shipmanlaw.com<br>575 Military Cutoff Road, Suite 106<br>Wilmington, NC 28405<br>Tel.: (910) 762-1990<br>Fax: (910) 762-6752 |
| *Attorneys for Plaintiff Sabra Rench* | *Attorneys for Defendant HMI Industries, Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing motion was electronically filed with the United States District Court, Southern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on October 24, 2019.

/s/ Kevin P. Green