# EXHIBIT A

### FRONT OF SCRATCH CARD



## BACK OF SCRATCH CARD

**Sponsored by:**
A-1 Allergy Relief, Inc.
1400 E Pugh Drive, Suite 18
Terre Haute, IN 47802



**Here Are The WINNING HANDS**



Four-Of-A-Kind (4 Ace's)
Three-Of-A-Kind (3 Three's)
Three-Of-A-Kind (3 Eight's)
Three-Of-A-Kind (3 Six's)
Straight (King, Queen, Jack, Ten & Nine)
Full House (2 King's w/ 3 Queen's)

To Learn The Prize You Have Won,
**CALL IMMEDIATELY**
Winning hand must be verified with master key chart to determine prize.

**Winners Hotline**
**(812) 917-5504**
(TOLL FREE) **(800) 475-8357**

**STORE HOURS**
Mon – Fri: 8:00am – 9:00pm (EST)
Sat: 9:00am – 1:00pm (EST)

(1) **$10,000 Grand Prize**
    1:1,000,000

(2) **MP3 Player**
    562,362:1,000,000 (Ret Val = $79)

(3) **Apple Kindle Fire**
    125:1,000,000 (Ret Val = $199)

(4) **Digital Camera**
    437,394:1,000,000 (Ret Val = $69)

(5) **Apple iPad**
    98:1,000,000 (Ret Val = $399)

(6) **$1,000 Cash Prize**
    20:1,000,000 (Ret Val = $1,199)

**NOTE:** Order of winning hands does not match order of prizes.

Prizes available to be won and odds of winning are: (1) - 1 out of 1,000,000 cards; (2) - 562,362 out of 1,000,000 cards; (3) - 125 out of 1,000,000 cards; (4) - 437,394 out of 1,000,000 cards; (5) - 98 out of 1,000,000 cards (6) - 20 out of 1,000,000 cards. You may be asked to view a Health and/or Safety Product. No obligation required. Available prizes decrease as prizes are awarded. Sponsor not affiliated with prize mfrs. Sponsored by Health and Safety Merchants throughout the U.S. "Ret Val" refers to prize's retail value at outset of promotion.

Promotion 113                                       ©All Rights Reserved

**FRONT OF SCRATCH CARD**



## BACK OF SCRATCH CARD



**Here Are The WINNING HANDS**

Three-Of-A-Kind (3 Fours)
Three-Of-A-Kind (3 Eights)
Three-Of-A-Kind (3 Queens)
Four-Of-A-Kind (4 Fives)
Four-Of-A-Kind (4 Jacks)
Four-Of-A-Kind (4 Kings)

**NOTE:** Order of winning hands does not match order of prizes. Prizes available to be won and odds of winning are: (1) - 21 out of 1,000,000 cards; (2) - 399,835 out of 1,000,000 cards; (3) - 599,834 out of 1,000,000 cards; (4) - 186 out of 1,000,000 cards; (5) - 123 out of 1,000,000 cards; (6) - 1 out of 1,000,000 cards. You may be asked to view FILTERQUEEN Indoor Air Quality System. No obligation required. No purchase necessary. Available prizes decrease as prizes are awarded. Sponsor not affiliated with prize mfrs. Co-sponsored by FILTERQUEEN Merchants throughout the U.S. Retail Value is the verifiable value at the start of promotion.

To Learn The Prize You Have Won,
**CALL IMMEDIATELY**
Winning hand must be verified with master key chart to determine prize.

**360/438-0800 or 877/773-0800**
Store Hours: Monday - Friday 9:00am - 9:00pm
Saturday 10:00am - 2:00pm

(1) Bose 3-in-1 Stereo
21:1,000,000 (Retail Value: $1000)
(2) Chefmaster BBQ Set –18 pc
399,835:1,000,000 (Retail Value: $79)
(3) Slitzer Knife Set –17 pc
599,834:1,000,000 (Retail Value: $69)
(4) Canon Sure Shot Camera
186:1,000,000 (Retail Value: $79)
(5) Bulova His/Her Watch
123:1,000,000 (Retail Value: $189)
(6) **$10,000 Grand Prize**
1:1,000,000

602020
Olympic Aire Technologies
719 Sleater Kinney Road SE
Suite #120
Lacey, WA 98503

**FRONT OF SCRATCH CARD**



## BACK OF SCRATCH CARD

Environmental Systems, Inc.
7171 Shady Oak Rd.
Eden Prairie, MN 55344



Local Postal Customer

PRSRT STD
ECRWSS
U.S. POSTAGE
PAID
EDDM RETAIL

Here are the **WINNING HANDS**



Three-Of-A-Kind (3 Fours)
Three-Of-A-Kind (3 Eights)
Three-Of-A-Kind (3 Queens)
Four-Of-A-Kind (4 Fives)
Four-Of-A-Kind (4 Jacks)
Four-Of-A-Kind (4 Kings)

Note: Order of winning hands does not match the order of prizes.

To Learn the prize you have won, **CALL IMMEDIATELY**
(866) 494-6682 or (952) 746-6682
Mon- Fri 9:00 am – 9:00 pm
Saturday 10:00 am – 2:00 pm

Winning hand must be verified with master key chart to determine prize.

① BOSE 3•2•1 Home Entertainment System
   21:1,000,000 (Retail Value: $1,000)

② Chefmaster/KitchenWorthy BBQ Set-18p
   399,835:1,000,000 (Retail Value: $63)

③ KitchenWorthy Serving Set
   599,834:1,000,000 (Retail Value: $16)

④ Canon PowerShot Digital Camera
   186:1,000,000 (Retail Value: $129)

⑤ Bulova His/Her Watch
   123:1,000,000 (Retail Value: $189)

⑥ $10,000 GRAND PRIZE
   1:1,000,000

Prizes available to be won and odds of winning are: (1) - 21 out of 1,000,000 cards; (2) - 399,835 out of 1,000,000 cards; (3) - 599,834 out of 1,000,000 cards; (4) - 186 out of 1,000,000 cards; (5) - 123 out of 1,000,000 cards; (6) - 1 out of 1,000,000 cards. You may be asked to view a FilterQueen Indoor Air Quality System demonstration. No obligation required. No purchase necessary. Available prizes decrease as prizes are awarded. Sponsor not affiliated with prize mfrs. Co-sponsored by FilterQueen Merchants throughout North America. Retail value is the verifiable value at the start of the promotion

## FRONT OF SCRATCH CARD



## BACK OF SCRATCH CARD



Here are the **WINNING HANDS**

- Three-Of-A-Kind (3 Fours)
- Three-Of-A-Kind (3 Eights)
- Three-Of-A-Kind (3 Queens)
- Four-Of-A-Kind (4 Fives)
- Four-Of-A-Kind (4 Jacks)
- Four-Of-A-Kind (4 Kings)

Note: Order of winning hands does not match the order of prizes.

To Learn the prize you have won
**CALL IMMEDIATELY**
(260) 204-0502 or (800) 207-9054
Mon- Fri 9:00 am – 9:00 pm
Saturday 10:00 am – 2:00 pm

Winning hand must be verified with master key chart to determine prize.

1. Apple MacBook Air
   21:1,000,000 (Retail Value: $999)
2. Chefmaster/KitchenWorthy BBQ Set-18pc
   399,835:1,000,000 (Retail Value: $63)
3. KitchenWorthy Serving Set
   599,834:1,000,000 (Retail Value: $16)
4. Canon Powershot ELPH Digital Camera
   186:1,000,000 (Retail Value: $130)
5. Apple iPod Touch
   123:1,000,000 (Retail Value: $199)
6. $10,000 GRAND PRIZE
   1:1,000,000

028690
MD Health Systems
5614 Industrial Road
Fort Wayne, Indiana 46825

PRESORT STANDARD
US POSTAGE
PAID
FORT WAYNE, IN
PERMIT NO. 650